1  Katherine Keating (SBN 217908)
   katherine.keating@bclplaw.com
2  Jonathan G. Fetterly (SBN 228612)
   jon.fetterly@bclplaw.com
3  Adam Vukovic (SBN 301392)
4  adam.vukovic@bclplaw.com
   BRYAN CAVE LEIGHTON PAISNER LLP
5  3 Embarcadero Center, 7th Floor
   San Francisco, CA 94111
6  Telephone:   (415) 675-3400
7  Facsimile:    (415) 675-3434

8  Attorneys for Plaintiff
   COURTHOUSE NEWS SERVICE
9

10

11              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
12                    FRESNO DIVISION

13

14

15 | **Courthouse News Service**, | Case No.
   |
16 |                 Plaintiff, |
   |
17 |             vs. | **COURTHOUSE NEWS SERVICE'S**
   | **CERTIFICATE OF INTERSTED PARTIES**
18 | **Amanda Toste**, in her official capacity as Court |
   Executive Officer/Clerk of the **Merced County**
19 **Superior Court**; **Hugh Swift**, in his official
   capacity as Court Executive Officer/Clerk of the
20 **Stanislaus County Superior Court**; **Shawn
   Landry**, in his official capacity as Court
21 Executive Officer/Clerk of the **Yolo County
   Superior Court**; **Sharif Elmallah**, in his official
22 capacity as Court Executive Officer/Clerk of the
   **Butte County Superior Court**; **Stephanie
23 Hansel**, in her official capacity as Court
   Executive Officer/Clerk of the **Sutter County
24 Superior Court**; **Bonnie Sloan**, in her official
   capacity as Court Executive Officer/Clerk of the
25 **Yuba County Superior Court**,

26

27                 Defendants.

28

_____
CERTIFICATE OF INTERESTED PARTIES                    Case No. _____

1    Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Courthouse News Service,

2 certifies that the following listed person may (i) have a financial interest in the subject matter in

3 controversy, or (ii) have a non-financial interest in the subject matter that could be substantially

4 affected by the outcome of this proceeding:

5    1. William Gardner, Editor, Courthouse News Service

6

7 Dated:    December 17, 2021                    BRYAN CAVE LEIGHTON PAISNER LLP

8                                                By:    */s/ Jonathan G. Fetterly*_____
                                                       Jonathan G. Fetterly
9                                                      Attorneys for Plaintiff
                                                       COURTHOUSE NEWS SERVICE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF INTERESTED PARTIES                                          Case No. _____
USA.604596410.1/GNN