# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA TOSTE, et al.,<br><br>Defendants. | Case No. 1:21-cv-01790-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 15) |

Plaintiff Courthouse News Service initiated this civil rights action against the Superior Courts of Stanislaus, Yolo, Butte, Sutter, Yuba, and Kings County on December 17, 2021. (ECF No. 1.) The initial scheduling conference was set for March 29, 2022. (ECF No. 4.) On January 28, 2022, Plaintiff filed a first amended complaint. (ECF No. 5.) Defendants' deadline to respond to the operative complaint is April 11, 2022.

On February 28, 2022, the parties filed a stipulated request to continue the scheduling conference to June 28, 2022, to permit Defendants time to file their responses. (ECF No. 15.) The Court finds good cause exists to approve the stipulated request.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for March 29, 2022, is CONTINUED to **June 28, 2022, at 11:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **February 28, 2022**

_____
UNITED STATES MAGISTRATE JUDGE