# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANDA TOSTE, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01790-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 20, 21) |

On July 28, 2022, the parties filed a stipulation to continue the scheduling conference currently set for August 8, 2022, to a date after September 22, 2022, to allow for the parties to continue settlement discussions. (ECF Nos. 20, 21.)

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for August 8, 2022, is CONTINUED to **September 27, 2022, at 10:30 a.m.** in Courtroom 9; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**July 28, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE