# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANDA TOSTE, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01790-ADA-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

On September 16, 2022, the parties filed a stipulation to continue the scheduling conference currently set for September 27, 2022, to allow for the parties to continue settlement discussions. (ECF No. 24)

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for September 27, 2022, is CONTINUED to **December 6, 2022, at 11:30 a.m.** in Courtroom 9; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **September 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE