# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDA TOSTE, et al.,<br><br>Defendants. | Case No. 1:21-cv-01790-ADA-SAB<br><br>ORDER ENTERING NOTICE OF SETTLEMENT VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR STATUS REPORT ON OR BEFORE MARCH 24, 2023<br><br>(ECF No. 29) |

  This action was filed on December 17, 2021.  (ECF No. 1.)  The first amended complaint filed January 28, 2022, proceeds against six Defendants.  (ECF Nos. 5, 19.)  A scheduling conference is currently set for January 5, 2023.  (ECF No. 28.)  On October 19, 2022, the Court entered a notice of settlement indicating that the Plaintiff had reached settlement with five of the six Defendants, and that the Plaintiff had not reached a settlement with one Defendant, Sharif Elmallah, in his official capacity as Court Executive Officer/Clerk of the Butte County Superior Court.  (Id.)  Pursuant to the terms of the parties' agreement, the Settled Defendants are to implement an electronic system for the media to access court filings, with the system to be implemented at the latest by March 7, 2023, depending on the respective county.  The Court ordered dispositional documents or a status report to be filed on or before March 17, 2023.  (ECF No. 27.)

  On October 31, 2022, a notice of settlement was filed indicating that settlement had been

reached with Defendant Sharif Elmallah, in his official capacity as Court Executive Officer/Clerk of the Butte County Superior Court. (ECF No. 29.) In light of settlement with all Defendants, the Court shall vacate all pending matters, and order all parties to file a status report or dispositional documents by the requested later date in the most recent stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents or file a status report **on or before March 24, 2023**.

IT IS SO ORDERED.

Dated:   **November 1, 2022**

UNITED STATES MAGISTRATE JUDGE