# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMANDA TOSTE, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01790-ADA-SAB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY<br><br>(ECF No. 30)<br><br>**DEADLINE: APRIL 3, 2023** |

　　　　On October 31, 2022, Plaintiff Courthouse News Service filed a notice of settlement. (ECF No. 29.) The Court ordered dispositional documents or a status report be filed by March 24, 2023. (ECF No. 30.) Since that order, Plaintiff has dismissed, in piecemeal stipulations of dismissal filed on various dates in March 2023, Defendants Amanda Toste, Shawn Landry, Heather Pugh, Stephanie Hansel, Nocona Soboleski. (See ECF Nos. 31, 34, 35, 37, 38.) However, as of March 27, 2023, Plaintiff has not filed dispositional documents for Defendants Sharif Elmallah or Bonnie Sloan, nor has Plaintiff filed a status report in compliance with the Court's November 1, 2022 order.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall therefore require the parties to show cause in writing why sanctions should not issue for the failure to file dispositional documents sufficient to dismiss the entire action, or a status report, in compliance with the Court's November 1, 2022 order (ECF No. 30).

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than April 3, 2023**, why **sanctions, including monetary sanctions or dismissal,** should not issue for the failure to file dispositional documents sufficient to dismiss the entire action, or a status report as required by the Court's November 1, 2022 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __March 27, 2023__         _____
                                  UNITED STATES MAGISTRATE JUDGE

2